IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **PALMER LEWIS ROBERTS** | * | |
| Petitioner, | * | |
| v. | * | Civil No. 1:24-cv-817-PTG-IDD |
| **CINDY CHRISTINA SERRANO ROBERTS** | * | |
| Respondent. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## FOURTH INTERIM CONSENT ORDER FOR PROVISIONAL REMEDIES

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. § 9001** *et seq.*

Before the Court is the Verified Petition for Return of Child to England (the "Petition") filed by the Petitioner, Palmer Lewis Roberts (the "Father"), against the Respondent, Cindy Christina Serrano Roberts (the "Mother"). This Fourth Interim Consent Order for Provisional Remedies makes no determination on the merits of the Petition, or on either party's respective claims and/or defenses, and is entered without prejudice to either party's position. Upon the consent of both parties, as indicated by the signatures below, it is hereby:

1. **ORDERED**, that the Father shall have custodial access to the child, LGR (female; born in 2019) (the "child"), from December 26, 2024 at 9:00 a.m. to January 2, 2025, no later than 9:00 p.m. (the "Custodial Access Period"); and it is further

2. **ORDERED**, that during the Custodial Access Period, the Father shall be permitted to temporarily remove the child from the jurisdiction of the Court for the Father to travel with the child to Wisconsin to visit his family residing at 3025 89th Street, Kenosha, Wisconsin 53142; and it is further

3. **ORDERED**, that prior to the commencement of the Custodial Access Period, the Father will provide a detailed itinerary of the child's travel plans to the Mother to include copies of any and all flight information or other travel or ticketing information; and it is further

4. **ORDERED**, that the Father shall return the child to the Mother no later than January 2, 2025 at 9:00 p.m.; and it is further

5. **ORDERED**, that the parties' exchanges of the child on December 26, 2024 at 9:00 a.m. (pick-up) and January 2, 2025, no later than 9:00 p.m. (drop-off), shall occur at the Woodbridge Police Station located at 5036 Davis Fort Road, Woodbridge, Virginia 22192; and it is further

6. **ORDERED**, that during the Custodial Access Period, the child may FaceTime the Mother one (1) time per day.

Dated this 9th day of December, 2024.

/s/
Patricia Tolliver Giles
United States District Judge

**SEEN AND AGREED:**

/s/ Kelly A. Powers
Kelly A. Powers, VSB No. 84714
Ray D. McKenzie, VSB No. 77064
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8375
(410) 773-9102 (fax)
kpowers@milesstockbridge.com
rmckenzie@milesstockbridge.com

Stephen J. Cullen, *pro hac vice*
Miles & Stockbridge P.C.

1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 465-8374
(410) 385-3709 (fax)
scullen@milesstockbridge.com

James A. Sullivan, Jr., *pro hac vice*
Miles & Stockbridge P.C.
11 N. Washington Street
Suite 700
Rockville, Maryland 20850
(301) 517-4824
(301) 841-7984 (fax)
jsulliva@milesstockbridge.com

*Attorneys for Petitioner*


**SEEN AND AGREED:**


/s/ Tashina M. Gorgone
Tashina M. Gorgone, Esq.
VSB No. 86171
MADDOX & GEROCK, P.C.
8111 Gatehouse Road, Suite 410
Falls Church, VA 22042
Telephone: 703-883-8035
Facsimile: 703-356-6120
Email: tgorgone@maddoxandgerock.com

Richard Min, *pro hac vice*
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, New York 10170
Telephone: 212-681-6400
Facsimile: 212-681-6999
Email: rmin@gmkrlaw.com

*Attorneys for Respondent*